**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANNELLE MCKINNEY, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, a National Corporation; and DOES 1 THROUGH 50, Inclusive,<br><br>　　　　　　Defendants. | Case No.  CV 20-4609-MWF (PVCx)<br><br>ASSIGNED TO THE HONORABLE MICHAEL W. FITZGERALD<br><br>**ORDER**<br><br><br>Complaint Filed:  May 22, 2020<br>Trial Date: November 2, 2021 |

　　IT IS HEREBY ORDERED that the Parties' Joint Stipulation to Dismiss with Prejudice is GRANTED.  The Court orders that all claims shall be dismissed, with prejudice, with each party to bear its own attorneys' fees and costs.

DATED: March 24, 2021

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

1.